UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELECTRONICALLY FILED

| | |
|---|---|
| GAVI MEDICAL LLC, ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | Civil Action No. 3:21-cv-110-RGJ |
| ) | |
| LALO, LLC; ) | |
| JAY TAYLOR; and ) | |
| SAMIR TAIEB ) | |
| ) | |
| DEFENDANTS ) | |
| ) | |

### **PLANTIFF'S MOTION FOR SANCTIONS, CONTEMPT, AND JUDGMENT**

\*\* \*\* \*\* \*\* \*\*

### **MOTION**

Comes the Plaintiff, Gavi Medical LLC ("Gavi"), by counsel, and respectfully moves this Court for sanctions against the Defendants, against the Defendants, Lalo, LLC ("Lalo"), Jay Taylor, and Samir Taieb, and to hold all Defendants in contempt of court, and to convert to settlement amount into a federal judgment, and in compliance with this Court's August 17, 2022 Order, requiring the Plaintiff to file the unredacted settlement agreement under seal, states as follows:

### **FACTS AND ARGUMENT**

The Court is well aware of the facts of this case, including the Defendants failure to comply with this Court's June 16, 2022 text Order, where in the Court granted the Plaintiff's motion to enforce the previous agreed upon settlement, which was filed six months prior, and gave the Defendants fourteen days (14) to remit payment to the Plaintiff. The 14-day

deadline expired on June 30, 2022. At this point in time, payment has not been remitted by the Defendants to the Plaintiff in accordance with the Court's Order. Given that the Defendants have shown no respect for this Court, by failing to appear for multiple show cause hearings, and failing to adhere to this Court's countless orders, the Plaintiff moves once again for sanctions against the Defendants, including asking this Court to hold all Defendants in contempt of court. Additionally, the Plaintiff asks that this Court convert the agreed upon settlement amount into a federal judgment, where interest shall begin accruing, with the accrual date beginning at the time of the original motion by the Plaintiff's to enforce the settlement, which was filed on January 14, 2022.

As basis for this motion the Plaintiff states that the Defendants have made a mockery of the judicial system, and most notably this Court, and have failed to adhere to any Court Order. Additionally, the Defendants have been allowed to continue to conduct business within the United States, to the detriment of United States' citizens. By allowing delay after delay, this Court has provided the Defendants with every opportunity to comply with its orders and with due process under the law. The Court is aware, after speaking to Defendants former counsel, that a settlement was reached in good faith between the parties, and that the Defendants have simply refused to honor said settlement, prompting the withdrawal of their former counsel. Additionally, by providing the Defendants with an extra six months to pay the agreed upon settlement, this Court has also provided the Defendants with an ample amount of time to dispose of any and all funds kept in the United States that could have been used to pay the settlement, to the detriment once again of the Plaintiff. The Plaintiff has complied with every Court order, and is

relying on the Court to provide it with justice under the law. It is for these reasons that the Plaintiff vehemently urges this Cout to grant the Plaintiff's motion, and issue sanctions against the Defendants, including over them in contempt of court, and convert the settlement amount into a federal judgment. For the Court's assistance, Plaintiff is attaching as Exhibit A to this motion the unredacted settlement agreement between the parties, under seal.

WHEREFORE, Plaintiff respectfully asks the Court to enter the attached Order.

Respectfully Submitted,

/s/Jarad N. Key
Charles H. Cassis, Esq.
Jarad N. Key, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, Kentucky 40059
jkey@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 23rd day of August 2022, I electronically filed this document through the ECF system, which gave notice to the following:

Lalo, LLC    jay@lalo.com
Jay Taylor   jay@lalo.com
Samir Taieb   samir@lalo.com

/s/Jarad N. Key
*Counsel for Plaintiff*