Exhibit A
FILED UNDER SEAL
Civil Action No. 3:21-cv-110-RGJ