UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GAVI MEDICAL LLC                                                                                    Plaintiff

v.                                                                       Civil Action No. 3:21-cv-110-RGJ-RSE

LALO LLC, ET AL                                                                                  Defendants

\* \* \* \* \*

**JUDGMENT**

In accordance with the Order entered this same date and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in Plaintiff's favor in the amount of $775,000.00, as identified in the parties' signed settlement agreement.

(2)   Defendants are further ordered to remit payment in the amount of $720.00 in taxable costs pursuant to Fed. R. Civ. P. 54(d)(2) and KRS § 453.050 for Plaintiff's attorneys' fees incurred in obtaining Defendants' compliance with the settlement agreement.

(3)   This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(2)   This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

Rebecca Grady Jennings, District Judge
United States District Court

September 21, 2022

cc: Counsel of Record

1