FILED

JAMES J. VILT, JR. - CLERK

OCT 10 2023

U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

**CHASE** ⬡

Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

KY- UNITED STATES DISTRICT COURT WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE
601 W BROADWAY
LOUISVILLE, KY 40202

**RE: GAVI MEDICAL LLC v. LALO LLC Case No.: 321CV110RGJRSE, KY- UNITED STATES DISTRICT COURT WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE**

JPMorgan Chase Bank, N.A. is in receipt of your Garnishment against the following debtor(s): LALO LLC

Memo: No Customer Located

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,

Nicole C Nasr
Transactions Specialist IV
JPMorgan Chase Bank, N.A.

Date: Monday, Oct 02, 2023

WDKy    (Rev. 10/14) Affidavit for Order of Garnishment (Non-wage)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
at LOUISVILLE
AFFIDAVIT FOR ORDER OF GARNISHMENT (NON-WAGE)

Judgment Creditor:    GAVI MEDICAL LLC

**FILED**

JAMES J. VILT, JR. - CLERK

Judgment Debtor:    LALO LLC

SEP 07 2023

Garnishee:    CHASE BANK    U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Amount Due:    $775,000.00
Court Costs:    $720.00

Case Name and No.
Gavi Medical LLC v. LALO LLC, et al.
3:21-cv-110-RGJ-RSE

Name and Address of Judgment
Creditor's Attorney
Jarad N. Key/Michael W. McClain
9301 Dayflower Street
Prospect, KY 40059

The undersigned affiant states that he is counsel for the Judgment Creditor and states as follows:

1. The above named Judgment Debtor(s) are not now, nor have they been at any time during the pendency of this action, in the active military service of the United States of America.

2. The date of the judgment and the amount due thereon (subject to any credits due for any sums currently being processed) are:    Judgment was entered on September 21, 2022 and to date, no amounts thereon have been paid; there is currently due the sum of $775,000.00 plus $720.00, plus interest

3. The following are indebted to said Judgment Debtor(s):
Chase Bank
4415 Imperial Avenue, Ste. A
San Diego, CA 92113

WHEREFORE: The Judgment Creditor prays for garnishment against the Judgment Debtor(s); that the Garnishee(s) named herein be made parties to this action, and that they be required to answer the garnishment(s) issued hereunder; and for its costs.

_Michael W. McClain_
Affiant

Subscribed and sworn to before me by the above affiant this 5th day of September    20 23

My Commission expires: March 17, 2027    _Lori A. Libich_
Notary Public, State at Large    KYNP69121

08-Pg - 65 Letters - page 0244 of 0520

QWDKY    (Rev. 10/14) Order of Garnishment (Non-wage)

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
#### at LOUISVILLE
### ORDER OF GARNISHMENT (NON-WAGE)

Judgment Creditor: GAVI MEDICAL LLC

**Garnishee's Date of Receipt**

Judgment Debtor: LALO LLC

Case Name and No.
Gavi Medical LLC v. LALO LLC, et al.
3:21-cv-110-RGJ-RSE

**Garnishee:** CHASE BANK

Name and Address of Judgment
Creditor's Attorney

Amount Due:     $775,000.00
Court Costs:    $720.00

Jarad N. Key/Michael W. McClain
9301 Dayflower Street
Prospect, KY 40059

THE UNITED STATES OF AMERICA:

To the **Garnishee:**

If you hold property belonging to, or are indebted to, the judgment debtor named above, you are hereby ORDERED to hold and safely keep all of the property of the Judgment Debtor necessary to satisfy the amount due plus court costs as shown above. You are RESTRAINED from paying to the Judgment Debtor, or to anyone for him, money or property in your possession belonging to him or in which he has any interest.

### INSTRUCTIONS
You Are Hereby Summoned and Required to Do the Following:
(1) Fill in the **Garnishee's Date of Receipt** in the space provided above on all copies;
(2) Hold and safely keep any funds or property due the Judgment Debtor to the extent of the Amount Due above plus Court Costs until further Order of the Court or as directed below;
(3) Promptly attempt to notify the Judgment Debtor by mailing a copy of this Order to his last known address or by delivering it to him;
(4) If after the expiration of **fourteen (14) days** from your receipt of this Order and there has been no further notice from the Court, then do the following:
    (a) Using the form provided, Answer as Garnishee within **twenty (20) days** of the receipt of this Order; and
    (b) Forward to the Attorney named below your Answer; and,
    (c) Send the original of your Answer to the Court.

Date: 9-7-2023

JAMES J. VILT, JR., CLERK

By: _JAMES J. VILT, JR._

### IMPORTANT LEGAL NOTICE TO JUDGMENT DEBTOR
Money or property belonging to you has been subjected to a garnishment under a judgment entered against you in this case. Some funds may be exempt from garnishment, including Social Security benefits, workers compensation benefits, unemployment insurance benefits, AFDC, and some other types of governmental benefit payments; however, you must claim and prove any applicable exemption. If you can show that the property garnished by this Order consists of exempt funds, then you may immediately request a hearing in the court listed above by filing a sworn written request with the Clerk of the Court within ten (10) days of the Garnishee's Date of Receipt noted above. **Note:** The Clerk does not have forms for you to use and cannot give you legal advice.

Distribution: Original to Court, Copy to Judgment Creditor's Attorney, Copy to Garnishee (sent by Judgement Creditor's Attorney)

℆WDKy     (Rev. 10/14) Affidavit and Answer of Garnishee (Non-wage)

## UNITED STATES DISTRICT COURTw
### WESTERN DISTRICT OF KENTUCKY
#### at LOUISVILLE
### AFFIDAVIT AND ANSWER OF GARNISHEE

Judgment Creditor:  GAVI MEDICAL LLC

**Garnishee's Date of Receipt**

Judgment Debtor:  LALO LLC

Case Name and No.
  Gavi Medical LLC v. LALO LLC, et al.
  3:21-cv-110-RGJ-RSE

**Garnishee:**     CHASE BANK

Name and Address of Judgment
Creditor's Attorney

Amount Due:   $775,000.00
Court Costs:   $720.00

Jarad N. Key/Michael W. McClain
9301 Dayflower Street
Prospect, KY 40059

The Affiant, after being first duly sworn, states as follows:
1.  The name of the Judgment Debtor is _____ . _____
2.  At the time of the service of the Order of Garnishment (Non-wage), the Garnishee herein is indebted to the Judgment Debtor or holds money belonging to the Judgment Debtor in the amount of $_____ .
3.  Other property belonging to the Judgment Debtor and held by me is as follows (If none, put "none"):
    _____
    _____
    _____
4.  I, or I on behalf of the Garnishee herein, state that there is no other money, property, or other evidence of debt in my possession that belongs to the Judgment Debtor.
5.  I, or I on behalf of the Garnishee, have forwarded to the **Judgment Creditor's Attorney** the amount of money so held by me to the extent of the amount due plus costs as shown on the reverse. THE AMOUNT FORWARDED IS: $_____ .
6.  If I, or I on behalf of the Garnishee, hold property (listed above) other than money which I am unable to forward, I hereby disclose (in Paragraph 3 above) such property and will hold and safely keep such property pending further orders of the Court.
7.  In addition, I have sent the original of this Answer to the Court, a copy to the **Judgment Creditor's Attorney** and a copy or the Order of Garnishment (Non-wage) and of this Answer to the **Judgment Debtor**.

GARNISHEE

By: _____
     Signature of Affiant
     Position (If Applicable): _____

Subscribed and sworn to before me by the above Affiant this___ day of _____, 20_____

My Commission Expires: _____

_____
Notary Public, State at Large

### INSTRUCTIONS
1.  After receiving the Order of Garnishment (Non-wage), promptly send a copy of it to the Judgment Debtor.
2.  After 14 days from **Garnishee's Date of Receipt**, but within 20 days from **Garnishee's Date of Receipt**, mail the original of this Answer to the Court, a copy to the Judgment Creditor's Attorney and a copy to the Judgment Debtor.
3.  Retain a copy of the Order and this Answer for your records.

JPMorgan Chase & Co.
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA  71203-4774

KY- UNITED STATES DISTRICT COURT WESTERN DISTRICT OF KENTUCKY AT LOUISVILLE
601 W BROADWAY
LOUISVILLE, KY 40202